UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

TIAH E. McKINNEY,             CASE NO. 2:16-cv-12847
       Plaintiff,

                                                             Judge
vs.                                                    Magistrate Judge

CHRYSLER GROUP, LLC c/o
FCA US LLC CUSTOMER CARE;
TD AUTO FINANCE, LLC;
TRANSUNION; EXPERIAN; and
EQUIFAX;
       Defendants.

_____

**DEFENDANT TRANS UNION LLC'S STATEMENT OF DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**
_____

Pursuant to E. D. Mich. LR 83.4, Defendant Trans Union LLC ("Trans Union"), by counsel, makes the following disclosure:

1.    Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

       Yes **XX**     No _____

If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

       Parent Corporation/Affiliate Name:  **See below**
       Relationship with Named Party:  **See below**

Trans Union is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc., formerly known as TransUnion Corp.  TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion, formerly known as TransUnion Holding Company, Inc.  TransUnion is a publicly

traded entity.  Advent International Corp. and GS Capital Partners, an affiliate of Goldman Sachs Group, Inc., a publicly traded entity, together own a majority of the stock in TransUnion.

No public company directly owns 10% or more of the stock in Trans Union.  TransUnion, a publicly traded entity, owns more than 10% of the stock in TransUnion Intermediate Holdings, Inc.  Goldman Sachs Group, Inc., a publicly traded entity, through GS Capital Partners, owns more than 10% of the stock in TransUnion.

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes _____   No **XX**

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:  **N/A**
   Nature of Financial Interest:  **N/A**

                                     Respectfully submitted,


                                     *s/ William R. Brown*
                                     William R. Brown, Esq. (IN #26782-48)
                                     Schuckit & Associates, P.C.
                                     4545 Northwestern Drive
                                     Zionsville, IN  46077
                                     Telephone:  317-363-2400
                                     Fax:  317-363-2257
                                     E-Mail:  wbrown@schuckitlaw.com

                                     *Lead Counsel for Defendant, Trans Union, LLC*

Brian A. Nettleingham, Esq. (MI #P58966)
Maddin, Hauser, Wartell, Roth
& Heller, P.C.
28400 Northwestern Hwy., 3rd Floor
Southfield, MI 48034
Telephone: 248-359-7503
E-Mail:  ban@maddinhauser.com

*Local Counsel for Defendant, Trans Union, LLC*

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN (DETROIT)

_____

| | |
|---|---|
| TIAH E. McKINNEY,<br>       Plaintiff,<br><br>vs.<br><br>CHRYSLER GROUP, LLC c/o<br>FCA US LLC CUSTOMER CARE;<br>TD AUTO FINANCE, LLC;<br>TRANSUNION; EXPERIAN; and<br>EQUIFAX;<br>       Defendants. | CASE NO.<br><br>Judge<br>Magistrate Judge |

_____

## CERTIFICATE OF SERVICE
_____

     I, William R. Brown, hereby certify that on the **2nd day of August, 2016**, I electronically filed the foregoing with the Clerk of the Court using the ECF systems which will automatically send notification of such filing to the following counsel of record:

| | |
|---|---|
| None. | |

     I further certify that on the **2nd day of August, 2016**, a copy of the foregoing was sent via U.S., First Class Mail, postage prepaid to the following non-ECF participants:

| | |
|---|---|
| **Pro Se Plaintiff**<br>Tiah E. McKinney<br>1907 Orleans Street<br>Detroit, MI  48207 | |

*s/ William R. Brown*
William R. Brown, Esq. (IN #26782-48)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  wbrown@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*